IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **HILLTOP TECHNOLOGY LLC,** | **CIVIL ACTION NO.  2:14-cv-00050** |
| Plaintiff, | |
| v. | |
| **APPLE INC.,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Hilltop Technology LLC, hereby voluntarily dismisses without prejudice its Complaint against the Defendant, Apple Inc.

Respectfully Submitted,

Dated:  June 24, 2014        By:    /s/ *Winston O. Huff*
  Winston O. Huff, Attorney in Charge
  State Bar No. 24068745
  Deborah Jagai
  State Bar No. 24048571
  W. O. Huff & Associates, PLLC
  302 Market Street, Suite 450
  Dallas, Texas 75202
  214.749.1220 (Firm)
  469.206.2173 (Facsimile)
  whuff@huffip.com
  djagai@huffip.com

  **ATTORNEYS FOR PLAINTIFF,
  HILLTOP TECHNOLOGY LLC**

## **CERTIFICATE OF SERVICE**

      This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 24th day of June, 2014.

                                                              /s/ *Winston O. Huff*
                                                             Winston O. Huff